**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-00947-REB-KMT

JULIE REILLY,

      Plaintiff,

v.

JEFFERSON COUNTY SCHOOL DISTRICT R-1, and
THE BOARD OF EDUCATION OF JEFFERSON COUNTY SCHOOL DISTRICT R-1,

      Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Stipulated Motion To Dismiss With Prejudice** [#24] filed December 1, 2010. After reviewing the motion and the file, I conclude that the motion should be granted and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion To Dismiss With Prejudice** [#24] filed December 1, 2010, is **GRANTED**;

2. That the Trial Preparation Conference set for April 22, 2011, is **VACATED**;

3. That the jury trial set to commence May 9, 2011, is **VACATED**; and

4. That this action is **DISMISSED WITH PREJUDICE**.

Dated December 1, 2010, at Denver, Colorado.

                                                **BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge